UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

TRESIA CHRISTOPHER,

    Plaintiff,

v.                                                             4:03-cv-106

JACKIE MATHENY, et al.,

    Defendants.

**MEMORANDUM OPINION**

    This is a *pro se* prisoner's civil rights complaint pursuant to 42 U.S.C. § 1983. The matter is scheduled for a bench trial on June 12, 2006. In attempting to issue a writ of habeas corpus ad testificandum to bring the plaintiff before the court for trial, the Clerk's Office learned that plaintiff Tresia Christopher was paroled from the Tennessee Department of Correction on May 18, 2006. Plaintiff has not provided the court with a change of address.

    Plaintiff bears the burden of prosecuting her action, which includes informing the court of her correct mailing address. In the court's initial order, plaintiff was ordered to inform the court immediately of any address changes and was advised that failure to provide a correct address within ten days following any change of address would result in the dismissal of this action.

Accordingly, this action will be **DISMISSED WITH PREJUDICE** based upon plaintiff's failure to prosecute and to comply with the orders of this court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER:**

                                                    s/ James H. Jarvis
                                                    United States District Judge