UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER


TRESIA CHRISTOPHER,

    Plaintiff,

v.                                                            4:03-cv-106

JACKIE MATHENY, et al.,

    Defendants.


## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED** for failure to prosecute. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                  s/ James H. Jarvis
                                                  United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT